JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY TALBERT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SECURITAS SECURITY SERVICES USA, INC., A California Corporation; and DOES 1 THROUGH 50, Inclusive,<br><br>Defendants. | Case No.: 2:23-cv-02808-DSF-(PVCx)<br>Assigned to: The Hon. Dale S. Fischer<br>Department: 7D<br><br>**ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: January 15, 2023 |

WHEREAS, Plaintiff BRITTANY TALBERT ("Plaintiff") and Defendant SECURITAS SECURITY USA, INC. ("Defendant") (collectively, the "Parties") have submitted a Joint Stipulation for Dismissal of Entire Action with Prejudice; and

WHEREAS, the Parties herein have resolved the claims asserted in this action.

Based upon the foregoing, IT IS HEREBY ORDERED that:

(1) This entire action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

(2) Pursuant to the Parties' Stipulation, each party shall bear its own costs and

attorneys' fees incurred in this action.

DATED: October 27, 2023

_____
DALE S. FISCHER,
United States District Judge